**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000681
22-DEC-2022
07:50 AM
Dkt. 14 OGMD**

NO. CAAP-22-0000681

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

GREGORY LEIF DREXLER, Plaintiff-Appellee, v.
AVANI RASHMIN-LAKHANI, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(CASE NO. 2DV201000368)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, McCullen and Chan, JJ.)

Upon consideration of the November 18, 2022 Motion For and Notice of Dismissal of Appeal From Order Regarding Plaintiff's Motion Filed July 20, 2022, by Defendant-Appellant Avani Rashmin-Lakhani, under Hawaiʻi Rules of Appellate Procedure Rule 42(a), the papers in support, and the record, and noting no opposition,

IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, December 22, 2022.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge